FILED
CHARLOTTE, NC

DEC 9 2013

US District Court
Western District of NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

ORDER FOR SELECTION )
OF 2014 GRAND JURORS )   Misc. No. 1:13mc38
FOR ASHEVILLE DIVISION )

IT IS ORDERED that the Clerk and/or authorized Deputy Clerk draw from the Asheville master jury wheel 200 names for the service as 2014 GRAND JURORS for the United States District Court, Western District of North Carolina Asheville Division. The first appearance of these Grand Jurors is scheduled for Tuesday, February 4 2014 at 8:30 o'clock in the forenoon.

When the Grand Jury Panel is selected and sworn, they are to serve for a period of time not to exceed eighteen months, including six regular terms of court convening on February 4, 2014; April 1, 2014; June 3, 2014; August 5, 2014; October 7, 2014; and December 2, 2014; and any additional sessions or dates which may be required.

This the 9th day of December, 2013.

Frank D. Whitney
Chief United States District Judge